

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-16-00366-CR

Christopher Tudor **CISNEROS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 516540
Honorable Genie Wright, Judge Presiding

# O R D E R

The trial court's certification states that "the defendant has waived the right of appeal." We ORDER the trial court clerk to file, within ten days of the date of this order, a clerk's record containing the following documents:

1.      All pre-trial motions and the orders on those motions, if any;

2.      all documents relating to the defendant's plea bargain, including the signed plea agreement, the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.      the defendant's waiver of the right of appeal;

3.      the judgment;

4.      all post-judgment motions and the orders on those motions, if any;

5.      the notice(s) of appeal;

6.      the trial court's certification of defendant's right of appeal;

7.      the criminal docket sheet; and

8.  the bill of costs.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.


_____
Luz Elena D. Chapa, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court